ENTER   JS6

JUDGE ROBINSON

08 CV 1693

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PEERLESS INSURANCE COMPANY, | Case No. CV07-07633 R (AGRx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION TO TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK – WESTCHESTER DIVISION |
| v. | |
| HERMITAGE INSURANCE COMPANY, | |
| Defendant. | |

IT IS SO ORDERED that the above-referenced case shall be transferred to the Southern District of New York, Westchester Division, pursuant to 28 U.S.C. § 1406(a), and/or transferred for the convenience of the parties pursuant to 28 U.S.C. § 1404(a).

DATED: January 29, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-6100-5058 v1

CASE NO. CV07-07633 R (AGRX)
[PROPOSED] ORDER RE STIPULATION TO TRANSFER ACTION

(AGRx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:07-cv-07633-R-AGR

Peerless Insurance Company v. Hermitage Insurance Company
Assigned to: Judge Manuel L. Real
Referred to: Magistrate Judge Alicia G. Rosenberg
Demand: $122,000
Case in other court: Los Angeles Superior Court, BC379507
Cause: 28:1446 Notice of Removal - Breach of Contract - Insurance

Date Filed: 11/21/2007
Date Terminated: 01/29/2008
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

08 CV 1693
JUDGE ROBINSON

**Plaintiff**

**Peerless Insurance Company**   represented by   **Robert R Luster**
Brownwood and Chazen
525 B Street, Suite 1300
San Diego, CA 92101
619-744-6800
Email: robert.luster@libertymutual.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hermitage Insurance Company**   represented by   **Keiko J Kojima**
Burke Williams and Sorensen
444 South Flower St
Suite 2400
Los Angeles, CA 90071
213-236-0600
Email: kkojima@bwslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | NOTICE OF REMOVAL from Los Angeles Superior Court, case number BC379507 with Conformed copy of summons and complaint. Case assigned to Judge Manuel L. Real, Discovery to Magistrate Judge Alicia G Rosenberg. (Filing fee $ 350 PAID ), filed by Defendant Hermitage Insurance Company.(car) (Entered: 11/28/2007) |

| 11/21/2007 | 2 | Notice of Interested Parties filed by Defendant Hermitage Insurance Company. (car) (Entered: 11/28/2007) |
| --- | --- | --- |
| 11/21/2007 | | FAX number for Attorney Keiko J Kojima is (213) 236-2700. (car) (Entered: 11/28/2007) |
| 11/21/2007 | | FAX number for Attorney Robert R Luster is (619) 744-6811. (car) (Entered: 11/28/2007) |
| 11/27/2007 | 5 | DECLARATION OF SERVICE BY MAIL filed by Defendant Hermitage Insurance Company of 1. Clerk's Office Services for Attorneys and the General Public; 2. USDC - Notice to Counsel; 3. USDC - Optical Scanning Enrollment/Update Form; 4. USDC - Civility and Professionalism Guidelines; and 5. USDC - Notice of Assignment to United States Magistrate Judge for Discovery served on 11/27/07. (vh) (Entered: 12/12/2007) |
| 11/28/2007 | 3 | ANSWER to Complaint, re Notice of Removal, [1] filed by defendant Hermitage Insurance Company.(rrey) (Entered: 11/30/2007) |
| 12/06/2007 | 4 | ORDER RE NOTICE TO COUNSEL: This case has been assigned to the calendar of Judge Manuel L. Real. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real. (See document for further detail) by Judge Manuel L. Real (pj) (Entered: 12/07/2007) |
| 01/11/2008 | 6 | JOINT REPORT filed by Defendant Hermitage Insurance Company. (Kojima, Keiko) (Entered: 01/11/2008) |
| 01/29/2008 | 7 | Joint STIPULATION to Transfer Case to Southern District of New York - Westchester Division filed by Defendant Hermitage Insurance Company. (Attachments: # 1 Proposed Order Re Stipulation to Transfer) (Kojima, Keiko) (Entered: 01/29/2008) |
| 01/29/2008 | 8 | ORDER by Judge Manuel L. Real IT IS SO ORDERED that the above-referenced case shall be transferred to the Southern District of New York, Westchester Division, pursuant to 28 U.S.C. § 1406(a), and/or transferred for the convenience of the parties pursuant to 28 U.S.C. § 1404(a). transferring case to Southern District of New York, Westchester Division,. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (pj) (Entered: 02/04/2008) |
| 02/15/2008 | 9 | TRANSMITTAL of ORIGINAL DOCUMENTS AND CERTIFIED COPIES E FILED DOCUMENTS TO THE USDC SOUTHERN DISTRICT OF NEW YORK (pj) (Entered: 02/15/2008) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 02/15/2008 13:45:31 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-07633-R-AGR |
| Billable Pages: | 2 | Cost: | 0.16 |