◆AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Peerless Insurance Company,

        Plaintiff,

-against-

Hermitage Insurance Company,

        Defendant.

**APPEARANCE**

Case Number: 08 CV01693(SCR)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   Plaintiff, Peerless Insurance Company

    I certify that I am admitted to practice in this court.

May 5, 2008
Date

Twomey, Hoppe & Gallanty LLP

*[signature]*
Signature

Michael E. Twomey      MT-7839
Print Name      Bar Number

757 Third Avenue, 7th Fl.
Address

New York, New York      10017
City    State    Zip Code

212-688-0400      212-688-1929
Phone Number      Fax Number