IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PEERLESS INSURANCE COMPANY     :     Case No. 08 CV 01693 (SCR)
                               :
                               :
              Plaintiff,       :
                               :
   - against -                 :     **PROOF**
                               :     **OF SERVICE**
HERMITAGE INSURANCE COMPANY    :
                               :
                               :
              Defendant.       :
-----------------------------------------------------------------x

    Attached is an affidavit of service of a Stipulation and Order For Substitution of Attorney of Record and a Notice of Appearance herein upon Burke Williams & Sorensen LLP, counsel for defendant Hermitage Insurance Group.

Dated: New York, New York
       May 8, 2008

                                      Michael E. Twomey (MT- 7839)
                                      Twomey, Hoppe & Gallanty, LLP
                                      757 Third Avenue
                                      New York, NY  10017
                                      Phone: 212-688-0400
                                      Fax:    212-688-1929

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PEERLESS INSURANCE COMPANY               :   Case No. 08 CV 01693 (SCR)
                                         :
                                         :
                         Plaintiff,      :
                                         :
        - against -                      :   **AFFIDAVIT**
                                         :   **OF SERVICE**
HERMITAGE INSURANCE COMPANY              :
                                         :
                                         :
                         Defendants.     :
------------------------------------------------------------------x

State of New York    )
                     ) ss:
County of New York   )

      MICHAEL E. TWOMEY, being duly sworn, deposes and says that he is not a party to this action; is over 18 years of age; resides at c/o 757 Third Avenue, New York, New York 10017; and, on the 7th day of May, 2008, he caused to be served a Stipulation and Order For Substitution of Attorney of Record and a Notice of Appearance by first class mail delivery directed to Keiko K. Kojima, Esq., Burke Williams & Sorensen, attorneys for Defendants, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

_____
Michael E. Twomey

Sworn to before me this
8th day of May 2008

_____
Notary Public

ALAN T. GALLANTY
NOTARY PUBLIC, State of New York
No. 31-4983370
Qualified in New York County
Commission Expires June 27, 19__