UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PEERLESS INSURANCE COMPANY,           :
        Plaintiff,                   :   CASE NO. 08 CV01693 (SCR)

        -against-                   :   **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY OF RECORD PURSUANT TO LOCAL CIVIL RULE 1.4**

HERMITAGE INSURANCE COMPANY,          :

        Defendant.                  :
------------------------------------- X

    The undersigned counsel of record for and the proposed substituted counsel of record for Defendant Hermitage Insurance Company ("Hermitage") stipulate and agree and declare, under the penalties of perjury in accordance with 28 U.S.C. § 1746, and in accordance with Local Civil Rule 1.4, as follows:

    1.    Burke, Williams & Sorensen, LLP has served as counsel for Defendant in this action since the commencement of this action in the Superior Court of California and at all times through the removal of this action to the United States District Court for the Central District of California and the transfer of this action to the United States District Court for the Southern District of New York.

    2.    Due to the transfer of this action from the Central District of California to the Southern District of New York, Hermitage wishes to substitute Gold, Stewart, Kravatz, Benes & Stone, LLP in place of Burke, Williams & Sorensen, LLP as counsel of record. The undersigned represent to the Court that Jeffrey B. Gold, Esq. of Gold, Stewart, Kravatz, Benes & Stone, LLP is a member of the Bar of this Court. An Appearance as Counsel from Jeffrey B. Gold, Esq. is submitted simultaneously herewith.

LA #4835-4758-3746 v2

3.  The posture of this case is that the case has been transferred to this Court from the United States District Court for the Central District of California.

4.  Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, the undersigned respectfully request that an order be entered allowing the withdrawal of Burke, Williams & Sorensen, LLP as counsel of record for Defendant, and the substitution of Gold, Stewart, Kravatz, Benes & Stone, LLP as counsel of record for Defendant.

Dated:
Los Angeles, California
    May 23, 2008

Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

By: _____
    Keiko J. Kojima, CA Bar No. 206595

Dated:
New York, New York
    May 27, 2008

Gold, Stewart, Kravatz & Stone, LLP
1025 Old Country Road, Suite 301
Westbury, N.Y. 11590

By: _____
    Jeffrey B. Gold, NY Bar No. JBG9671

SO ORDERED:

_____
Hon. Stephen C. Robinson
United States District Judge