Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Peerless Insurance Company,

Vs.

Hermitage Insurance Company

**APPEARANCE**

Case Number: 08 CV01693 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, Peerless Insurance Company.

I certify that I am admitted to practice in this court.

May 27, 2008
Date

[signature]
Signature

Jeffrey B. Gold — JBG9671
Print Name — Bar Number

1025 Old Country Road, Suite 301
Address

Westbury — New York — 11590
City — State — Zip Code

(516) 512-6333 — (516) 512-6334
Phone Number — Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com